```
Muriel B. Kaplan, Bar  No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Gil Croshtwaite, et al. | CASE NUMBER: |
|---|---|
| | C07-1210 MMC |
| v.     Plaintiff(s) | ORDER APPROVING |
| Toucan Crane, Inc., a suspended California Corporation; and Randy Swanson individually | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Gil Crosthwaite _Name of Party_   [X] Plaintiff [ ] Defendant [ ] Other _____

hereby substitutes Muriel B. Kaplan, SBN 124607 _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per  120 Howard St. Suite 520
_Street Address_

San Francisco, CA 94105   (415) 882-7900   (415) 882-9287   124607
_City, State, Zip Code_     _Telephone Number_     _Facsimile Number_     _State Bar Number_

as attorney of record in the place and stead of Tracy L. Mainguy
_Present Attorney_

Dated: 5-29-07                              [signature]
                                            _Signature of Party_
                                            Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07                              [signature]
                                            _Signature of Present Attorney_
                                            Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 5/30/07                              [signature]
                                            _Signature of New Attorney_
                                            Muriel B. Kaplan

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: June 1, 2007                         [signature]
                                            United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                G01