Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE,<br><br>                Plaintiffs,<br>v.<br><br>TOUCAN CRANE, INC., a suspended California Corporation; and RANDY SWANSON, individually,<br><br>                Defendants. | Case No.: C07-1210 MMC<br><br>**REQUEST FOR CONTINUANCE**<br>  **AND ORDER THEREON** |

Newly named counsel to plaintiffs in this action is concurrently filing a Substitution of Attorney with this Request for Continuance.

-2-

1  Defendants were only recently served on May 25, 2007. The newly substituted counsel has
2  just received this file and hereby respectfully requests a continuation of all dates and deadlines
3  relevant to this case be continued for approximately 60 days to allow counsel to review the case,
4  analyze the parties' positions and any possibility of resolution, and respond as necessary.
5
6  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
7  entitled action, and that the foregoing is true of my own knowledge.
8  Executed this 30th day of May, 2007, at San Francisco, California.

9  SALTZMAN & JOHNSON LAW CORPORATION

10

11  By: _____/s/_____
12  Muriel B. Kaplan
   Attorneys for Plaintiffs

13

14

15

16  IT IS HEREBY ORDERED.  The Case Management Conference is continued from June 8, 2007 to
17  August 10, 2007, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than
18  August 3, 2007.
19
20
21  DATED: June 1, 2007                    _____
                                           UNITED STATES DISTRICT JUDGE
22

**REQUEST FOR CONTINUANCE**
**Case No.:  C07-1210 MMC**

P:\CLIENTS\OE3CL\Toucon Crane\Pleadings\Request for Continuance 053007.DOC