Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOUCAN CRANE, INC., a suspended California Corporation; and RANDY SWANSON, individually, <br><br> Defendants. | Case No.:  C07-1210 MMC <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

Plaintiffs respectfully request that the Case Management Conference now scheduled for August 10, 2007 at 10:30 a.m. be continued for approximately 60 days as follows:

1. This is an action for an injunction to compel Defendant's compliance with an audit of its records, as required under the Collective Bargaining Agreement to which it is signatory.

2. Defendant has recently submitted to such audit, and the report of that review is currently being written.

///

1

**CASE MANAGEMENT CONFERENCE CONTINUANCE REQUEST**
**CASE NO.: C07-1210 MMC**

3. Upon release of that report, defendant will be given the opportunity to review it, and thereafter to resolve amounts found due, if any.

4. Plaintiffs therefore request that the Case Management Conference be continued for 60 days, and that all other dates and deadlines in this action be vacated and continued, to allow the parties to attempt to resolve any issues that arise before proceeding with the litigation.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 2nd day of August, 2007 at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.  The Case Management Conference in this action is hereby continued to **October 26, 2007 at 10:30 a.m.**  A Case Management Statement shall be filed by October 19, 2007.

Dated: August 3, 2007

_____
United States District Court Judge

CASE MANAGEMENT CONFERENCE CONTINUANCE REQUEST
CASE NO.: C07-1210 MMC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\C07-1210 MMC Request for Continuance 080207.DOC