1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.:  C07-1210 MMC |
   | OPERATING ENGNEERS HEALTH AND | |
12 | WELFARE TRUST FUND FOR NORTHERN | **REQUEST FOR CONTINUANCE OF** |
   | CALIFORNIA, et al., | **CASE MANAGEMENT CONFERENCE** |
13 | | **AND ORDER THEREON** |
   |             Plaintiffs, | |
14 | v. | |
15 | TOUCAN CRANE, INC. and RANDY | **Date:  October 26, 2007** |
   | SWANSON, | **Time:  10:30 a.m.** |
16 | | **Location:  450 Golden Gate Avenue,** |
   |             Defendants. | **                San Francisco, CA** |
17 | | **Courtroom: 7, 19th Floor** |
18

19

20        Plaintiffs respectfully request that the Case Management Conference now scheduled for

21 October 26, 2007 at 10:30 a.m. be continued for approximately 60 days as follows:

22        1.      This is an action for an injunction to compel Defendant's compliance with an audit

23 of its records, and for payment to Plaintiffs of any amounts found due on that audit, as required

24 under the Collective Bargaining Agreement to which it is signatory.

25        2.      Defendant submitted to such audit following the filing of this action, and the report

26 of that review has been provided to Defendants for review.

27

28 ///

                                                                              1

3.      Defendants disputed the amounts reported, and recently made a settlement offer to plaintiffs.  That offer will be reviewed by Plaintiffs for a response to Defendants. In the event that settlement cannot be reached, Plaintiffs will file their Motion for Default Judgment, probably within 30 days.

4.      Plaintiffs therefore request that the Case Management Conference be continued for 60 days, and that all other dates and deadlines in this action be vacated and continued, to allow the parties to attempt to resolve the matter, and in the alternative for Plaintiffs to prepare and file their Motion.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 19th day of October, 2007 at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
        Muriel B. Kaplan
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to _December 14_____ **200**7  **at 10:30 a.m.**  A Case Management Statement shall be filed by ___December 7_____200~~7. All calendar dates and deadlines are hereby vacated, to be reset at the Case Management Conference~~.

Dated:__October 23, 2007_____        _____
                                                                        United States District Court Judge

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
CASE NO.: C07-1210 MMC