Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>    Plaintiffs,<br>v.<br><br>TOUCAN CRANE, INC., and RANDY SWANSON, individually,<br><br>    Defendants. | Case No.:  C07-1210 MMC<br><br>**JUDGMENT** |

Defendants, TOUCAN CRANE, INC. and RANDY SWANSON, having failed to plead or otherwise defend in this action and their default having been entered:

It is hereby ORDERED, ADJUDGED AND DECREED that defendants TOUCAN CRANE, INC. and RANDY SWANSON shall promptly pay to plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, as follows:

///

1

**[PROPOSED] JUDGMENT
CASE NO.: C07-1210 MMC**

N:\07-08\crosthwaite.doc

| | |
|---|---:|
| Contributions found due on audit | $42,659.91 |
| 12% Interest on contributions found due on audit | $12,283.47 |
| Interest in lieu of 15% Liquidated Damages of $7,772.26 on contributions found due on audit | $12,283.47 |
| Audit Fees and Costs | $4,236.25 |
| | $71,463.10 |
| Attorneys Fees (Tracy Mainguy) | $1,237.50 |
| Attorneys Fees (Saltzman & Johnson) | $4,939.50 |
| Costs of Suit | $558.50 |
| **TOTAL** | **$78,198.60** |

It is further ordered that the Court shall retain jurisdiction over this matter.

Dated: November 30, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

N:\07-08\crosthwaite.doc

2

**[PROPOSED] JUDGMENT
CASE NO.: C07-1210 MMC**